No. 04–5028.  ZARVELA v. PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–5030.  WHITE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–5032.  CASTILLO v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 04–5033.  CHAPPELL v. FARWELL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–5034.  ABUHOURAN, AKA HOURAN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–5035.  BERGEN v. UNITED STATES; and BROWN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–5036.  BURDEAU v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–5037.  CHEN v. APPLIED MATERIALS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 04–5038.  RODRIGUEZ v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–5039.  CARDENA-GARCIA v. UNITED STATES; and
No. 04–5045.  GARCIA-SUAREZ v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–5042.  JACKSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–5043.  HUGHES v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–5044.  FYKES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–5048.  SIMS v. TANNER.  Super. Ct. Fulton County, Ga.  Certiorari denied.